IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CASE NO. 3:20-CR-286-E |
| | § | |
| LAWRENCE BILLINGS, SR. (02) | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's Motion to Withdraw Guilty Plea, Doc. 72, is **DENIED**. Further, all other relief sought by the Government in its related *Motion to Strike Defendant's Pro Se Motion to Vacate his Guilty Plea, and Alternatively, Government's Opposition to Defendant's Motion to Vacate*, Doc. 80, is likewise **DENIED**

**SO ORDERED** this 28th day of July, 2021.

HONORABLE ADA BROWN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS